IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES in their capacities as Trustees of APARTMENT EMPLOYEES PENSION TRUST and APARTMENT EMPLOYEES WELFARE FUND,<br><br>    Plaintiffs,<br><br>  v.<br><br>VPM MAINTENANCE MANAGEMENT, LLC; VPM MAINTENANCE MANAGEMENT, LLC at PARK MERCED APARTMENTS; and PARK MERCED APARTMENTS,<br><br>    Defendants. | No. C 13-1615 CW<br><br>CONDITIONAL ORDER OF DISMISSAL |

The Court having been advised that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 90 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.  The case management conference is vacated.

Dated: 1/15/2014

                                       CLAUDIA WILKEN
                                       United States District Judge